UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DONALD W. RICHTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 1:06-cv-1623-WTL-TAB |
| ) | |
| CORPORATE FINANCE ASSOCIATES, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER ON DAMAGES

Pursuant to this Court's Order of September 3, 2009, the parties submitted information regarding damages. The Court, having reviewed these submissions finds that Plaintiff, Donald Richter is entitled to the following:

1. As previously determined by the Court, Richter is entitled to a net commission of $124,427.85.

2. Richter is owed prejudgment interest on the commission in the amount of $64,661.57. The Court calculated this value by applying the eight percent statutory interest rate to commission and dividing by 365 to determine the per diem rate. Pursuant to the express terms of the parties' contract, Richter was entitled to the commission no later than April 3, 2003. The parties agree that the cut off date for calculating prejudgment interest is September 30, 2009. Accordingly, Richter is entitled to prejudgment interest for 2371 days, a value of $64,661.57.

3. The Court previously determined that Richter is entitled to $130,688.02 in unpaid

salary.

4. Richter is also owed $5,757.43 in prejudgment interest on the salary payment. This value was calculated by applying the eight percent statutory interest rate to the amount of salary due. That number was divided by 365 to determine the per diem rate. The parties' employment contract ended on March 3, 2009 and the agreed upon cut off date for calculating prejudgment interest is September 30, 2009. Accordingly, Richter is entitled to prejudgment interest for 210 days, a value of $5,757.43.

5. Finally, the parties agree that Richter is entitled to $18,000 in unpaid automobile lease payments and prejudgment interest on these payments of $1,225.34.

Accordingly, Richter is entitled to damages of $344,760.21 from Defendant Corporate Finance Associates.

SO ORDERED: 12/02/2009

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to:
David W. Gray
Lewis & Kappes
dgray@lewis-kappes.com

Gordon Locke
lockelaw@cyburban.com

Shane C. Mulholland
Burt, Blee, Dixon, Sutton & Bloom
smulholland@burtblee.com